## JOHNSON V. THE STATE.
(Decided January 15, 1914.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## JONES V. THE STATE.
(Decided December 16, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. SAMUEL E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

## KIDD V. THE STATE.
(Decided November 27, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

SAMUEL B. STERN, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## LAMB V. LANKFORD.
(Decided November 20, 1913.)

APPEAL from Chambers Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## LEVERETT V. J. S. CARROLL MERCANTILE CO.
(Decided January 20, 1914.)

APPEAL from Pike Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for either party.
Per curiam.  Appeal dismissed.

---

## LITTLE V. GIDLEY.
(Decided January 13, 1914.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
No counsel marked for either party.
Per curiam.  Appeal dismissed.

---

## LONG V. CITY OF GADSDEN.
(Decided January 15, 1914.)

APPEAL from Etowah Circuit Court.
Heard before Hon. J. E. BLACKWOOD.
W. J. BOYKIN, for appellant.  GOODHUE & BRINDLEY, for appellee.
Per curiam.  Appeal dismissed.

---

## LONG V. EMPIRE GUANO CO.
(Decided November 27, 1913.)

APPEAL from Walker Law and Equity Court.
Heard before Hon. T. L. SOWELL.
No counsel marked for either party.
Per curiam.  Affirmed on certificate.

---

## McADORY V. HILL.
(Decided November 27, 1913.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. E. C. CROWE.
No counsel marked for appellant.  F. E. BLACKBURN, for appellee.
Per curiam.  Affirmed on certificate.

---

## McADORY, ET AL. V. MORTON.
(Decided December 18, 1913.)

APPEAL from Birmingham City Court.
Heard before Hon. C. C. NESMITH.